## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MAYARI NATALY MARTINEZ DURAN,

     Petitioner,

v.

                                   Case No. 2:26-cv-00785-MIS-SCY

TODD BLANCHE, Acting U.S. Attorney General; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; MARY DE ANDA-YBARRA, El Paso Field Office Director, Immigration and Customs Enforcement; TODD LYONS, Acting Director of Immigration and Customs Enforcement; and DORA CASTRO, Warden, Otero County Processing Center,

     Respondents.

## ORDER DENYING AS MOOT PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

THIS MATTER is before the Court on a sua sponte review of the record. On March 16, 2026, Petitioner Mayari Nataly Martinez Duran filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"). ECF No. 1. On March 17, 2026, the Court issued an Order to Show Cause why the Petition should not be granted. ECF No. 3. On March 30, 2026, the Federal Respondents ("Respondents") filed a Response to the Petition arguing, inter alia, that the Petition is moot because Petitioner voluntarily departed the United States on March 22, 2026. ECF No. 5.

On March 31, 2026, the Court issued an Order to Show Cause providing Petitioner ten business days to show cause why the Petition should not be denied as moot in light of Respondents' assertion that Petitioner had voluntarily departed the United States. ECF No. 6 at 1. To date, no response has been filed. And, in fact, the Court's March 31, 2026 Order to Show Cause was

returned as undeliverable at Petitioner's last known address at the Otero County Processing Center, and the Clerk's Office was unable to locate Petitioner on the inmate locator.  ECF No. 7.

Accordingly, as it appears that Petitioner is no longer "in custody" for purposes of 28 U.S.C. § 2241, it is **HEREBY ORDERED** that:

1.    Petitioner Mayari Nataly Martinez Duran's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, ECF No. 1, is **DENIED AS MOOT**; and

2.    This case is now **CLOSED**.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

2